IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HOA LE and MAY LE** | § | |
| | § | |
| Plaintiffs, | § | **CIVIL ACTION NO. 4:22-cv-2448** |
| | § | |
| vs. | § | _____ |
| | § | **JURY TRIAL REQUESTED** |
| **CHRISTOPHER BIGGS and** | § | |
| **JD MORTON TRUCKING LLC** | § | |
| | § | |
| Defendants, | § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISCTRICT JUDGE:

COMES NOW, **CHRISTOPHER BIGGS and JD MORTON TRUCKING LLC**, Defendants in the above-entitled and numbered cause and file this Notice of Removal under 28 U.S.C. § 1446(a).

A. Introduction

1. Plaintiffs, HOA LE and MAY LE, are residents of Harris County, Texas and are represented by attorney Johnny Nguyen of Johnny Nguyen & Associates, 2825 Wilcrest Dr., Suite 308, Houston, Texas 77042. Defendant, **JD MORTON TRUCKING LLC** is a company organized in the State of Missouri. Defendant, **CHRISTOPHER BIGGS**, is an individual and is a resident of the State of Missouri. Both Defendants are represented by attorney Tracey R. Burridge, Deas & Associates, 4650 Westway Park Blvd., Ste. 150, Houston, Texas 77041.

2. On September 29, 2015, Plaintiffs sued Defendants for personal injuries and damages related to an automobile accident that occurred on February 11, 2022 in Humble, Harris County, Texas. Plaintiff sued Defendant, Christopher Biggs based on allegations of negligence in causing the accident. Plaintiff sued Defendant, JD Morton Trucking LLC based on allegations

_____
**DEFENDANTS' NOTICE OF REMOVAL – Page 1**

of negligent entrustment. Plaintiff has sued for monetary relief aggregating more than zero but less than $250,000.00.

3. Defendant JD Morton Trucking LLC was served by delivering the citation and petition to its Registered Agent, Jeff D. Morton on June 23, 2022. Defendant JD Morton Trucking LLC files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

B. Basis for Removal

4. Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Darden v. Ford Consumer Fin. Co*., 200 F3d 753, 755 911th Cir. 2000). Plaintiffs are citizens of Harris County, Texas. Defendant, Christopher Biggs is a resident of the State of Missouri. Defendant, JD Morton Trucking LLC is a company organized in the State of Missouri. The amount in controversy allegedly exceeds $75,000.00, excluding interest and costs. Plaintiff claims personal injuries and damages in a range of more than zero but less than $250,000.00. Therefore, Plaintiffs alleged damages exceed the jurisdictional limits set forth in 28 U.S.C. § 1332(a).

5. All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). (Plaintiffs' Original Petition, Plaintiffs' First Amended Original Petition and Request for Disclosure, Defendants' Original Answer, Request for Disclosure and Jury Demand)

6. Venue is proper in this district court under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

7. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court where the action has been pending.

___

C.  Jury Demand

8. Defendants hereby demands a jury trial.

D.  Conclusion

9. This Court has the proper jurisdiction over this matter as there is a complete diversity of the parties and the amount in controversy exceeds $75,000.00, excluding interest and costs.  For these reasons, Defendants ask the Court to remove this action to this federal court.

Respectfully submitted,

*/s/ Tracey R. Burridge*
_____

**TRACEY R. BURRIDGE**
State Bar No. 03459800
SD TX Fed. Bar No. 13429
DAVID KLOSTERBOER & ASSOCIATES
4650 Westway Park Blvd., Suite 150
Houston, Texas 77041
Telephone No. (281) 606-8954
Facsimile No.  (855) 848-0739
Email: tburridg@travelers.com
\*\*Eservice Only: dklawhou@travelers.com
**ATTORNEY FOR DEFENDANTS,
CHRISTOPHER BIGGS and
JD MORTON TRUCKING LLC**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record as listed below by facsimile transmission on this the \_\_\_\_ day of July, 2022.

*Via E-Service: joghnny@johnnynguyenlaw.com*
Johnny Nguyen
Johnny Nguyen & Associates
2825 Wilcrest Dr., Suite 308
Houston, Texas 77042

*/s/ Tracey R. Burridge*
_____
**TRACEY R. BURRIDGE**

_____
**DEFENDANTS' NOTICE OF REMOVAL – Page 3**